UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

JEREMY BIDDLE, et al.,

                                                 Plaintiffs,

                                                                       05 Civ. 1570 (KMK) (JCF)

                   -against-

THE CITY OF NEW YORK, et al.,

                                               Defendants.

----------------------------------------------------------------------X

## PROOF OF SERVICE

        **ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

        I am over 18 years of age and am not a party to this action.

        That on August 31, 2007, at approximately 3:25 p.m., at the office of the City of New York Police Department Legal Bureau, 1 Police Plaza, Room 1406, New York, New York, I served a **Third Amended Summons and Complaint** upon Police Commissioner Raymond Kelly, Chief Joseph Esposito, and Chief Nicholas Estavillo, defendants therein named, by delivering and leaving three true copies of the **Third Amended Summons and Complaint** with Lt. Daniel Albano personally.  Declarant knew said individual to be authorized to accept service on behalf of defendants Kelly, Esposito, and Estavillo.

Dated:      New York, New York
                August 31, 2007

                                              By:           /s
                                                      Rose M. Weber  (RW 0515)